UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | CR 07-240-05 MJD/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Michael Richard Berry, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 28, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motions to suppress and to dismiss [##112, 113, 114, 119] are DENIED.

DATED: January 16, 2008.          s/Michael J. Davis
at Minneapolis, Minnesota          JUDGE MICHAEL J. DAVIS
                                                    United States District Court